In the United States District Court
Western District Of Arkansas
Fayetteville Division

JOSHUA DAVID WILSON
#47469

*(In the space above enter your full name and Prison ID Number, if any. **Do not include your Social Security Number**).*

-against-

BENTON COUNTY DETENTION CENTER
TURN KEY HEALTH CARE LLC.
VARIOUS JAIL Deputies
Sgt. STAMPS, BENJAMIN C. VINSON Jr.
Dep. JORDAN, Dep. BRIDENSTIEN

*(In the space above enter the full name of each Defendant)*

Case No. **21-5115 PKH/MEF**
(To be filled out by Clerk's Office only)

**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
[X] Yes
[ ] No

**NOTICE**

Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.

**I.   PLAINTIFF INFORMATION**

JOSHUA DAVID WILSON            TINY-HICKORY
Name (First, Middle, Last)          Aliases

#47469
Prisoner ID #, if any

BENTON COUNTY JAIL    1300 S.W. 14th St Bentonville, AR 72712
Place of Detention or Incarceration

Page 1 of 11

1300 S.W. 14th ST.
Address (*If detained, facility address*)

BENTON, BENTONVILLE   AR   72712
County, City                State        Zip Code

## II.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee

☐ Convicted and serving a sentence. Provide Date of Conviction _____.

☒ Other. Explain: Probation Revoke - PENDING.
PLEAD NOT TRUE.

## III.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:   COUNTY OF BENTON
Name (Last, First)

DETENTION CENTER STAFF
Current Job Title

1300 S.W. 14th st
Current Work Address

BENTON, BENTONVILLE AR   72712
County, City               State        Zip Code

Defendant 2: TURN KEY HEALTH CARE LLC.
Name (Last, First)

HEALTH CARE CONTRACTORS
Current Job Title

1300 SW. 14th ST.
Current Work Address

BENTON, BENTONVILLE   AR   72712
County, City        State        Zip Code

Defendant 3: DEPUTY SGT. STAMPS
Name (Last, First)

SGT. JAILER BCSO DETENTION CENTER
Current Job Title

1300 SW 14th St
Current Work Address

BENTON, BENTONVILLE, AR   72712
County, City        State        Zip Code

Defendant 4: Deputy BENJAMIN C. VINSON Jr.
Name (Last, First)

Fired - B.C.S.O. Corporal Jailer.
Current Job Title

Unknown - Formerly 1300 SW 14th St.
Current Work Address

BENTON BENTONVILLE AR   72712
County, City        State        Zip Code

## IV. STATEMENT OF CLAIMS

State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.**

**Claim Number 1:**

Place(s) of occurrence: ~~DENIAL~~ BENTON COUNTY DETENTION CENTER

Date(s) of occurrence: November 2020 - Mid March 2021.

Name of Each Defendant Involved: TURN KEY HEALTH CARE Doctors AND NURSES ULTIMATELY THE COUNTY OF BENTON, FOR Deliberate INDIFFERENCE IN Quality of CARE FOR INMATES.

State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:

DENIAL OF MEDICAL THAT WAS ORDERED BY TURN KEY HEALTH CARES OWN DOCTOR BUT NEVER RECIEVED.

State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS: [What happened to you?] I WAS HAVING HEAD ACHES, DIZZINESS, NAUSEA FROM BEING BEATEN AND PUNCHED IN THE BACK OF MY HEAD. I ALSO HAVE A .22 Calib. Bullet LODGED IN MY BRAIN FROM 2016.

**Who did what?**

I HAD SICK CALL WITH DOCTOR AND NURSE SHAWNA. DOCTOR MADE ORDER. NURSE SHAWNA FILLED OUT ORDER IN EARLY NOV 2020.

**How were you injured?**

BEATEN MULTIPLE TIMES BY JAILERS/DEPUTIES OVER 1½ YEAR PERIOD, ALSO PEPPER SPRAYED, TAZED, PUT INTO RESTRAINT CHAIR ON SEVERAL OCCASSIONS WITHOUT FACE MASK - INFECTED WITH COVID 19 AS A RESULT. I THEN QUARENTINED AS A RESULT.

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑ Both Official and Individual capacity

**If you are asserting an official capacity claim**, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

DELIBERATE INDIFFERENCE TO INMATE HEALTH, MENTAL AND PHYSICAL, ALSO USING CONTRACTED HEALTH CARE AS A BUFFER TO ESCAPE LEGAL LIABILITY AND ALLOWING SUB PAR TREATMENT WILL IN STATE CUSTODY.

**Claim Number 2:**

Place(s) of occurrence: BENTON COUNTY DETENTION CENTER

Date(s) of occurrence: SEVERAL TOO MANY, IN JAIL RECORDS

Name of Each Defendant Involved:

BENJAMIN C. VINSON JR, REESE KOCHLER, BRIDENSTIEN, JORDAN, GREGORY, SKAGGS, LT. ROSS STEPHENS, MARTIN, SGT. BAKER, WHITE, BOOKOUT, MARTIN, TAYLOR, MADENA, FOSTER, CRAIG, RHINE, WOLF, CORNEILSON.

State which of your federal constitutional rights (e.g., excessive force,) denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:

EXCESSIVE FORCE.

State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

**What happened to you?**
**Who did what?**
**How were you injured?**

FACTS: SEVERAL TIMES, BEATEN, GPX'D (pepper sprayed) TAZED, SLAMED HEAD INTO CONCRETE WALLS, FLOORS, HIT IN BACK OF HEAD WHILE FACE DOWN IN MY CELL BEING BEATEN BY MULTIPLE GUARDS, WRISTS BADLY BRUISED, BLOOD VESSELS BROKEN, NERVES DAMAGED, REFUSED EX-RAYS AND DOCTOR AUDIENCE WHEN INJURED. ALL LISTED ON SEPERATE OCCASSIONS, EYES BLACKED, TOOTH CHIPPED, HEADACHES, DIZZINESS, EMBASSMENT, NIGHTMARES, FEAR, PAIN, MENTAL ANGUISH, CUTS SEVERAL TIMES FROM HANDCUFFS AND SHACKLES.

With regard to claim 2, are you suing Defendant(s) in his/her/their:

- ☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
- ☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☒ Both Official and Individual capacity

*If you are asserting an official capacity claim*, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.

INMATES ARE REGULARLY BEATEN AND CUSSED-TALKED DOWN TOO BY JAIL STAFF OFF CAMERA INSIDE CELLS. LOTS OF INMATES WITNESS THESE INCIDENTS REGULARLY.

**Claim Number 3:**

Place(s) of occurrence: IN MY CELL.

Date(s) of occurrence: ON GRIEVANCE AND MEDICAL RECORDS.

Name of Each Defendant Involved: JAIL STAFF/COUNTY EMPLOYEES.

State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:

CONDITIONS OF CONFINEMENT

State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

**What happened to you?**
I WAS BITTEN BY A BROWN RECLUSE.

**Who did what?**
JAIL/STATE/COUNTY FAILED TO MAINTAIN PEST FREE + SAFE ENVIRONMENT.

**How were you injured?**
A HUGE ROTTED SPOT ON A TATTOOED PORTION OF MY RIGHT LOWER LEG - DAMAGED TATTOO ALSO.

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
☒ Both Official and Individual capacity

*If you are asserting an official capacity claim*, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

FAILURE TO EXTERMINATE FACILITY IN A TIMELY/FREQUENCY NECCESSARY.

_____
_____
_____

## V.  RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

- ☑ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).
- ☑ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).
- ☐ Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

I AM UNCERTAIN OF PERMINANT TOTALS ON DAMAGE ENDURED. I NEED MEDICAL TREATMENT AND MENTAL EXAMINATION TO DETERMINE MONETARILY RESTITUTIONS. EVALUATION OF POLICIES AND TRAINING OF STAFF/ADMINISTRATION. OVERSIGHT/INVESTIGATION INTO ABUSES OF INMATES AND LACK OF ADEQUATE MEDICAL TREATMENT DUE TO RED TAPE, OR INDIFFERENCE, OR COSTS.

## VI. PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a prisoner? ☒ Yes ☐ No

If yes, how many? __SEVERAL - UNSURE EXACTLY.__

Have you brought any other lawsuits in state or federal court **dealing with the same facts as this case**? ☒ Yes ☐ No

If yes, how many? __ONE (1)__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

__JOSH WILSON V. 3:20 cv 5144 or 46?__
__KOEHLER et al.;__

__I DISMISSED BECAUSE OF FEAR OF RETALIATION AND INSECURITY OF LEGAL KNOWLEDGE.__

__ONLY ONE THAT MADE IT TO DEPOSITION.__

__N/A.__

### VII. PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

6-21-2021
Dated

Josh D. Wilson
Plaintiff's Signature

JOSHUA D. WILSON
Printed Name (First, MI, Last)

#47469
Prison Identification #, if any.

1300 S.W. 14th ST.   BENTONVILLE,   AR   72712
Prison Address              City             State    Zip Code



Envelope: Joshua David Wilson #47469 E103, Benton County Detention Center Cell #135, 1300 Southwest 14th St., Bentonville, AR 72712. Addressed to Pro Se Law Clerk, 35 East Mountain St., Ste 510, Fayetteville, AR 72701. Stamps: PROCESSED OUT JUN 21 2021, Received WD/AR JUN 23 2021 U.S. Clerk's Office, LEGAL MAIL.