IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSHUA DAVID WILSON                                                                                                    PLAINTIFF

v.                    Civil No. 5:21-cv-05115-PKH-MEF

TURN KEY HEALTH CLINICS, LLC;
NURSE SHAWNA; CAPTAIN GAGE;
DR. SAEZ; NURSE McKENZIE FISK;
NURSE SOPHIA; NURSE TRACI ROBINSON;
and SOCIAL WORKER SHAKUR                                                                              DEFENDANTS

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, Joshua David Wilson, filed this action pursuant to 42 U.S.C. §1983. He proceeds *pro se* and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3), the Honorable P. K. Holmes, III, Senior United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation. The case is before the Court on the Plaintiff's failure to obey an Order of the Court.

**I.    DISCUSSION**

When he filed this case, Plaintiff was specifically advised (ECF No. 3) that he was required to immediately inform the Court of any change of address. Plaintiff was told that if he was transferred or released, he must advise the Court of any change in his address no later than thirty (30) days from the time of his transfer to another facility or his release. Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires *pro se* parties to "promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."

On March 14, 2022, Plaintiff filed a notice of change of address (ECF No. 46) to the

1

Ouachita River Unit of the Arkansas Division of Correction. All mail that had been previously returned to the Court as undeliverable was resent to Plaintiff at the new address (ECF Nos. 47-49).

On May 6, 2022, a Motion for Summary Judgment (ECF No. 50) was filed by Turn Key Health Clinics and the other medical defendants. On May 11, 2022, a Motion for Summary Judgment (ECF No. 55) was filed by Separate Defendant Captain Gage. On May 17, 2022, an Order (ECF No. 58) was entered directing Plaintiff to respond to the Summary Judgment Motions by June 7, 2022. On May 27, 2022, mail was returned to the Court with a notation that Plaintiff was no longer at the Ouachita River Unit. Plaintiff's new address was due to the Court by June 27, 2022. To date, Plaintiff has not provided a new address or contacted the Court in anyway.

Further, although the Court's Order directing Plaintiff to respond to the Summary Judgment Motions was returned as undeliverable, defense counsel has not notified the Court that they were unable to serve the Summary Judgment Motions on Plaintiff. Plaintiff has not responded to those Motions.

## II. CONCLUSION

For this reason, it is recommended that this case be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**The parties have (14) fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact.**

DATED this 1st day of July 2022.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

2