IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSHUA DAVID WILSON  .                                                           PLAINTIFF

    v.                              CASE NO. 5:21-CV-5115

TURN KEY HEALTH CLINICS, LLC;
NURSE SHAWNA; CAPTION GAGE;
DR. SAEZ; NURSE McKENZIE FISK;
NURSE SOPHIA; NURSE TRACI ROBINSON;
AND SOCIAL WORKER SHAKUR                                                  DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 60) from Chief United States Magistrate Judge Mark E. Ford.  No objections have been filed and the deadline to file objections has passed.  The Magistrate recommends that the Court dismiss this action without prejudice for failure to comply with Rule 41(b) of the Federal Rules of Civil Procedure and the Court's Local Rules for the Eastern and Western Districts of Arkansas. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this July 19, 2022.

                                                                    /s/P. K. Holmes III
                                                                    P.K. HOLMES III
                                                                    U.S. DISTRICT JUDGE