IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSHUA DAVID WILSON  .                                                           PLAINTIFF

    v.                          CASE NO. 5:21-CV-5115

TURN KEY HEALTH CLINICS, LLC;
NURSE SHAWNA; CAPTION GAGE;
DR. SAEZ; NURSE McKENZIE FISK;
NURSE SOPHIA; NURSE TRACI ROBINSON;
AND SOCIAL WORKER SHAKUR                                              DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this July 19, 2022.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE